1  JOHN F. GARLAND   #117554
   Attorney at Law
2  2950 Mariposa Street, Suite 130
   Fresno, California  93721
3
   Telephone:  (559) 497-6132
4
5  Attorney for Defendant,
   ISAIAH SERENA
6
7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          Case No. 1:24-CR-00135 NODJ-BAM

11         Plaintiff,                 **ORDER  FOR TEMPORARY
                                       RELEASE FROM DETENTION**
12         v.

13 ISAIAH  SERENA,

14         Defendant.

15

16

17

18

19

20                                    **ORDER**

21     IT IS HEREBY ORDERED that defendant ISAIAH  PETE SERENA, (Fresno

22 County Sheriff Booking No. 2420612; JID 7123171) shall be released to VICTOR

23 GONZALEZ from the Fresno County Jail on Thursday, August 22, 2024 at 9:00 a.m.

24 who will transport Isaiah Pete Serena directly to the Stratford Evans Merced Funeral

25 Home located at 1490 B Street, Merced, California to attend the funeral service for

26
   Zaebiann Isaiah Serena. Victor Gonzalez shall transport Isaiah Pete Serena from the
27

28

                                         1
_____
____

Stratford Evans Merced Funeral Home directly to the Fresno County Jail by no later than August 22, 2024 at 1:30 p.m.

Victor Gonzalez shall remain with Isaiah Pete Serena for the duration of his release. Victor Gonzalez shall immediately contact Attorney John F. Garland and law enforcement officials should Isaiah Pete Serena fail to comply with any of the Court's terms of release.

Approved As to Form

  / s/  Robert Veheman-Hughes
Robert Veneman-Hughes
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   **August 21, 2024**

UNITED STATES MAGISTRATE JUDGE