ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00135-TLN-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA; AND ORDER |
| ISAIAH SERENA, | |
| Defendants. | |

Defendant Isaiah Serena has executed a change of plea which will be filed contemporaneously with this stipulation. The parties request the matter be set before Judge Nunley for change of plea on **November 17, 2025** at 9:00 AM, which is the soonest date available on the court's calendar for all parties.

Time has been previously excluded through October 22, 2025; in order to effectuate the change of plea and allow the defendant to have fully prepared counsel present with him at the change of plea, the parties agree that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2025 to November 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial

Stipulation to Set Change of Plea                              1

Dated: October 8, 2025

Respectfully submitted,

ERIC GRANT
United States Attorney

By  /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: October 8, 2025

By: /s/ John Garland
JOHN GARLAND
Attorney for Defendant
Isaiah SERENA

## ORDER

IT IS SO ORDERED that the status conference set for October 22, 2025, is vacated. A change of plea hearing is set for **November 17, 2025, at 9:30 a.m. in Courtroom 5 before Chief District Judge Troy L. Nunley**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **October 9, 2025**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE