ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ISAIAH SERENA,<br><br>                    Defendant. | CASE NO.  1:24-CR-00135-TLN-EPG<br><br>STIPULATION TO RESET SENTENCING; ORDER THEROF |

Defendant Isaiah Serena is set for sentencing on March 9, 2026.  That date does not work for the schedule of both counsel, and so they request to reset the matter for May 4, 2026, on the Nunley/Drozd calendar.  Probation has been consulted about the date and has no objection. No exclusion of time is needed as the matter is set for set for sentencing.

Dated: February 13, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By     /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: February 13, 2026

By:     /s/ John Garland
John Garland
Attorney for Defendant
Isaiah Serena

Stipulation to Reset Sentencing

1

ORDER

It is so ordered, that dates be reset as above.

DATED: February 13, 2026

_____
Troy L. Nunley
Chief United States District Judge

Stipulation to Reset Sentencing                    2