ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00135-TLN-EPG |
| Plaintiff, | |
| v. | STIPULATION TO RESET SENTENCING; ORDER THEROF |
| ISAIAH SERENA, | |
| Defendants. | |

Defendant Isaiah Serena is set for sentencing on May 4, 2026.  The parties are still discussing some issues in advance of sentencing, and so they request to reset the matter for August 24, 2026, at 10:00 a.m. on the Nunley/Drozd calendar.  Probation has been consulted about the date and has no objection. No exclusion of time is needed as the matter is set for set for sentencing.

Dated: April 23, 2026                                  Respectfully submitted,

                                                                     ERIC GRANT
                                                                     United States Attorney


                                                       By      /s/ Robert L. Veneman-Hughes
                                                                     ROBERT L. VENEMAN-HUGHES
                                                                     Assistant United States Attorney


Dated: April 23, 2026                    By:      /s/ John Garland
                                                                     John Garland
                                                                     Attorney for Defendant
                                                                     Isaiah Serena


Stipulation to Reset Sentencing                              1

**ORDER**

It is so ordered, that dates be reset as above.

Dated: April 30, 2026

_____
Troy L. Nunley
Chief United States District Judge