ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAIAH SERENA,<br><br>Defendants. | CASE NO. 1:24-CR-00135-TLN-EPG-2<br><br>STIPULATION TO RESET SENTENCING; ORDER THEROF |

Defendant Isaiah Serena is set for sentencing on August 24, 2026. Counsel for the Government is unavailable that day. Additionally, the parties are still discussing some issues in advance of sentencing, and so they request to reset the matter for December 14, 2026, at 9:30 a.m. in Courtroom 5 before Chief Judge Troy L. Nunley in Fresno. Probation has been consulted about the date and has no objection. No exclusion of time is needed as the matter is set for set for sentencing.

Dated: August 19, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: August 19, 2026

By: /s/ John Garland
John Garland
Attorney for Defendant
Isaiah Serena

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled for August 24, 2026, in this case is continued to December 14, 2026, at 9:30 a.m. in Courtroom 5 of the Fresno Courthouse before Chief Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: **August 19, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE